■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANNAN M. WARNER, Appellant. [11 NYS3d 501]—Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered November 4, 2013. The judgment convicted defendant, upon her plea of guilty, of forgery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.